IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA HOLLUM,<br><br>Defendant. | 4:25CR3060<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1), 841(b)(1)<br>18 U.S.C. § 924(c)(1)(A) |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUL 23 2025
OFFICE OF THE CLERK

The Grand Jury charges that

## COUNT I

On or about February 4, 2025, in the District of Nebraska, Defendant JOSHUA HOLLUM, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a mixture or substance containing a detectable amount of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture or substance containing a detectable amount heroin, its salts, isomers, and salts of its isomers, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about February 4, 2025, in the District of Nebraska, Defendant JOSHUA HOLLUM did knowingly use and carry a firearm or firearms, to wit: Sig Sauer P320 handgun in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

1

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
CHRISTOPHER J. HARROUN, #26800
Assistant United States Attorney

2